**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: A.A., A.A., H.K., A.A., C.S., K.S., AND B.S. | : No. 684 MAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the |
| PETITION OF: A.J.A., SR. | : Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.